UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL GOMES | : | |
| | : | |
| v. | : | Case No. 1:20-cv-270-JJM-LDA |
| | : | |
| STEERE HOUSE | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by agreement of the parties, Plaintiff Carol Gomes hereby dismisses, with prejudice, her Complaint, including without limitation all claims and causes of action set forth therein.

Each party shall bear their own costs and attorneys' fees.

AGREED, CONSENTED AND STIPULATED TO:

Plaintiff,                                             Defendant,

Carol Gomes                                      Steere House

By her Attorneys,                              By its Attorneys,

*/s/ Edward C. Roy*                            */s/ Matthew C. Reeber*
Edward C. Roy, Esq.                          Matthew C. Reeber (#7702)
577 Tiogue Avenue, Second Floor    PANNONE LOPES DEVEREAUX & O'GARA LLC
Coventry, RI 02816                            Northwoods Office Park
Tel: (401) 826-2378                            1301 Atwood Avenue, Suite 215 N
Email: edward_roy@hotmail.com    Johnston, RI 02919
                                                            Tel: (401) 824-5100
                                                            Fax: (401) 824-5123
                                                            mreeber@pldolaw.com

ENTER:                                              PER ORDER:

_____        _____

Date:  October _____, 2022

1

## **CERTIFICATION**

I hereby certify that on this 11th day of October, 2022, this document was filed electronically and is available for reviewing and downloading by the ECF registered counsel of record.

/s/ *Matthew C. Reeber*